```
Michael A. Burke, Esq. (NSB #11527)
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington St.
Reno, NV 89503
Telephone: (775) 329-3151
Email: mburke@rssblaw.com

Michael DeVincenzo, Esq. (to be admitted pro hac vice)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50TH Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: michael.devincenzo@us.kwm.com
```

*Attorneys for Plaintiff. Applications in Internet Time, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SALESFORCE, INC.,<br><br>　　　　　Defendant. | Civil Action No.:<br><br>**PLAINTIFF APPLICATIONS IN INTERNET TIME, LLC'S CERTIFICATE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** |

　　　　The undersigned, counsel of record for Plaintiff Applications in Internet Time, LLC ("AIT"), certifies that the following have an interest in the outcome of this case: Douglas Sturgeon and Beverly Nelson, who are co-owners of AIT; Pluritas, LLC, a company that provides consulting services to AIT; AIT Funding, LLC, Blue C Partners, LLC, and Diva Investments, LLC, companies with an interest in the outcome of this case; and Robert Lindsay, an individual having an interest in the outcome of this case.

　　　　In addition, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that AIT does not have any parent corporation, and there is no publicly held corporation owning 10% or more of AIT.

　　　　These representations are made to enable judges of the Court to evaluate possible

/ / /

/ / /

/ / /

disqualifications or recusal.

DATED this 29th day of August, 2025.

                              ROBISON SHARP SULLIVAN & BRUST
                              71 Washington St.
                              Reno, NV 89503

                                /s/ Michael A. Burke
                              Michael A. Burke, Esq.
                              *Attorneys for Plaintiff*
                              *Applications in Internet Time, LLC*

                              KING & WOOD MALLESONS LLP
                              Michael DeVincenzo, Esq. (to be admitted *pro hac vice*)
                              500 Fifth Ave., 50th Floor
                              New York, New York 10110

                              *Attorneys for Plaintiff*
                              *Applications in Internet Time, LLC*